Form JTG03 (01/15)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtors (names used by the debtors in the last 8 years, including married, maiden, trade, and address):<br><br>**Michael Damian Dauser**<br>430 Knapp NE<br>Grand Rapids, MI 49505<br>SSN: xxx–xx–1456<br>**Ila Fay Dauser**<br>430 Knapp NE<br>Grand Rapids, MI 49505<br>SSN: xxx–xx–3386<br><br>**Debtors** | **Case Number 17–05205–jtg**<br><br>**Chapter 13**<br><br>**Honorable John T. Gregg** |

## NOTICE TO PARTIES IN INTEREST OF HEARING

   YOU ARE HEREBY NOTIFIED THAT A HEARING will be held at the United States Bankruptcy Court One Division Ave., N., 3rd Floor, Courtroom C, Grand Rapids, MI 49503 on  December 12, 2019 at  10:00 AM to consider and act upon the following matter:

### DEBTORS' AMENDMENT TO CHAPTER 13 PLAN (DN 53 )

The Debtors' amendment was filed on 10/24/19 . Wells Fargo Bank, NA filed an objection to the amendment on 11/5/19 .



Michelle M. Wilson
CLERK OF BANKRUPTCY COURT

**Dated:** November 7, 2019

/S/_____
V. Wyn
Deputy Clerk

A copy of this Notice was returned to Debtor for appropriate service ( 11/7/19 – vkw )

NOTICE IS HEREBY GIVEN THAT THE COURT MAY, in its discretion, orally continue or adjourn the above hearing on the record in open court. If this occurs, parties in interest will not be given further written notice of the continued or adjourned hearing. If an entity is not present at the originally scheduled hearing, information regarding the time, date and place of an orally continued or adjourned hearing may be accessed through the Bankruptcy Court's web site (www.miwb.uscourts.gov) provided the person has a PACER login and password, or by visiting the clerk's office of the United States Bankruptcy Court located at One Division Avenue, N.W., 2nd Floor, Grand Rapids MI 49503. Information about a PACER login and password may be obtained by either calling PACER service center between 8:00 a.m. and 6:00 p.m. Monday through Friday, CST at (800) 676–6856 or via its web site at http://pacer.psc.uscourts.gov