**Form DOMCRT** (08/12)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor (name used by the debtor in the last 8 years, including married, maiden, trade, and address):<br><br>    **Quentin L McKinley**<br>    2214 E. Cork St. #3A<br>    Kalamazoo, MI 49001<br>    SSN: xxx–xx–9658<br><br>                                                     **Debtor** | **Case Number 17–01252–swd**<br><br>**Chapter 13**<br><br>**Honorable Scott W. Dales** |

### DEBTOR'S CERTIFICATION REGARDING
### DOMESTIC SUPPORT OBLIGATION PURSUANT TO 11 U.S.C. § 1328(a)

The debtor(s) in the above–referenced matter certify as follows:

☐ Debtor ☐ Spouse       I have not been required by a judicial or administrative order, or by statute, to pay any Domestic Support Obligation as defined in 11 U.S.C. § 101(14A), either before this proceeding was filed, or at any time after the date of filing.

**–OR–**

☐ Debtor ☐ Spouse       I have paid all amounts that I am required to pay under any judicial or administrative order, or statutes, for a Domestic Support Obligation as defined in 11 U.S.C. § 101(14A), including all amounts that came due after the petition was filed and pre–petition arrears to the extend provided for in the plan.

I declare under penalty of perjury that the information provided in the Certificate is true and correct.

Date: _____          _____
                                        Debtor

Date: _____          _____
                                        Joint Debtor(if applicable)